# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Edgar Thomas, | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 3:17-cv-01345-CMC |
| | ) | | |
| The State of South Carolina, | ) | | |
| *Defendant* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ The plaintiff, Edgar Thomas, shall take nothing of the defendant, The State of South Carolina, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action without prejudice.

Date: June 27, 2017                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. Walker

                                                              *Signature of Clerk or Deputy Clerk*